AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

37-19 REALTY INC, WING FUNG CHAU INDIVIDUALLY AND on behalf of all of the shareholders of 37-19 Realty and on behalf of 37-19 REALTY, INC.

*Plaintiff(s)*

v.

Gloryland Development, LLC, Jun Xu a/k/a John Xu, 62-08 Fund LP, 62-08 Fund LP II, NY EB-5 Express LLC, 8TH AVE CENTER, LLC JIC CAPITAL, LLC, Ideal Capital LLC 62-08 REALTY, LLC

*Defendant(s)*

Civil Action No. 25-cv-00035

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gloryland Development, LLC: 2 WALL STREET 8TH FLOOR, NEW YORK, NY, UNITED STATES, 10005
8th Ave Center, LLC: 2 WALL STREET 8TH FLOOR, NEW YORK, NY, UNITED STATES, 10005
62-08 Fund, L.P.: 2 WALL STREET 8TH FLOOR, NEW YORK, NY, UNITED STATES, 10005
62-08 Fund, L.P. II: 6200 8TH AVE, BROOKLYN, NY, UNITED STATES, 11220
Ideal Capital LLC: 1325 Winston Avenue, San Marino, CA 91108
NY EB5 Express LLC: 2 WALL STREET, 8TH FLOOR, NEW YORK, NY, UNITED STATES, 10005
Jun Xu A/K/A John Xu: 1325 Winston Avenue, San Marino, CA 91108
62-08 Realty LLC: 543 BEDFORD AVENUE, #264, BROOKLYN, NY, UNITED STATES, 11211
JIC Capital LLC c/o John J. Xu: 821 WOODSIDE DRIVE, WANTAGH, NY, UNITED STATES, 11793

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin S. Wang, Esq.
Law Office of Wood Wang & Associates, PLLC
33-70 Prince St, Suite703, Flushing, NY, 11354

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 1/6/2025

*Shirley Mora*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-00035

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: