SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

---

CHEUN CHAN
142-11 Cherry Avenue, Apt. 4A
Flushing, New York 11355,

                Plaintiff,

- against –

FIDELITY NATIONAL TITLE INSURANCE
COMPANY
485 Lexington Ave #18th,
New York, NY 10017

and

GLOBAL BANK
8 Catherine Street
New York, NY 10038,

                Defendants.

---

Index No. 700223/2025

**STIPULATION OF PARTIAL DISCONTINUANCE WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for the parties to this action that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that all claims asserted by plaintiff Cheun Chan against defendant Fidelity National Title Insurance Company be and the same hereby are discontinued with prejudice and without costs to any party as against the other;

    **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in one or more counterparts, and may be exchanged by facsimile or email, and a copy bearing original, pdf and/or facsimile signatures of all counsel shall be treated and deemed for all purposes as originals, all of which when taken together shall constitute one and the same instrument. This Stipulation may be filed with the Clerk of the Court without further notice.

50155143.v1

Dated: February 25, 2025

| | |
|---|---|
| THE LAW OFFICES OF JOSHUA BRONSTEIN & ASSOCIATES PLLC | GOLDBERG SEGALLA LLP |
| By: _____<br>Joshua Bronstein<br>114 Soundview Drive<br>Port Washington, NY 11050<br>(516) 698-0202 | By: _____<br>Jacqueline N. Roman, Esq.<br>711 Third Avenue, Suite 1900<br>New York, New York 10017<br>(646) 292-8700 |
| *Attorneys for Plaintiff* | *Attorneys for Fidelity National Title Insurance Company* |

Scanned with CamScanner